USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QINGDAO LUYANG INTERNATIONAL TRADING
AND SHIPPING CO. LIMITED,

                    Plaintiff,

    - against -

PROSPER OCEAN (HONG KONG) SHIPPING,
LIMITED a/k/a PROSPER SHIPPING LTD.,

                    Defendant.
------------------------------------------------------------X

07 Civ. 9341 (SHS)

ECF CASE

### AMENDED ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An amended application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Amended Affidavit of Kevin J. Lennon, sworn to on February 22, 2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Amended Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendant.

Dated: New York, NY
       February 25, 2008

                              _____
                              U.S.D.J.

MICROFILMED FEB 26 2008 -9 AM