```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
QINGDAO LUYANG INTERNATIONAL TRADING
AND SHIPPING CO. LIMITED,

              Plaintiff,

  - against -

PROSPER OCEAN (HONG KONG) SHIPPING,
LIMITED a/k/a PROSPER SHIPPING LIMITED.,

             Defendant.
-----------------------------------------------------------X

07 Civ. 9341 (SHS)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: June 4, 2008
       Southport, CT

                    The Plaintiff,
                    QINGDAO LUYANG INTERNATIONAL
                    TRADING AND SHIPPING CO. LIMITED

By: _____
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
nrp@lenmur.com

SO ORDERED: 6/23/08

_____
U.S.D.J.